**Robert J. LUMPKIN, Plaintiff— Appellant,**

v.

**Sergeant ARMSTRONG, City of Kent Correctional Facility Sergeant, Defendant—Appellee.**

No. 11–35044.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 24, 2012.

Robert J. Lumpkin, Murrero, LA, pro se.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jeremy W. Culumber, Keating Bucklin & McCormack Inc. P.S., Seattle, WA, for Defendant–Appellee.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

Former Washington state prisoner Robert J. Lumpkin appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that he was unlawfully incarcerated between June 12, 2009 and July 8, 2009. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1060 (9th Cir.2011), and we affirm.

The district court properly granted summary judgment because Lumpkin failed to raise a genuine dispute of material fact as to whether he was unlawfully incarcerated between June 12, 2009 and July 8, 2009. *See id.* at 1061 ("[t]o survive summary judgment, a plaintiff must set forth nonspeculative evidence of specific facts").

We do not consider issues and claims raised for the first time on appeal. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir.1999).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.